IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR318 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| KINGSLEY ONUMBU, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to file appeal out of time by defendant Kingsley Onumbu. (filing no. 40)  The deadline to file an appeal in this matter was June 20, 2014.  Onumbu's counsel represents that Onumbu did not request she file an appeal until June 26, 2014.  Upon consideration,

IT IS ORDERED:

1. Onumbu's motion will be granted, as good cause has been shown as required by Fed. R. App. P. 4(b)(4).

2. Onumbu's notice of appeal (filing no. 41) shall be deemed timely filed

DATED this 30th day of June, 2014.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge